## UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF OKLAHOMA

In re: Shelly LeAnn Torres                                   Case No. 19-15022

    Debtor(s),                                                      Chapter 13

## COVER SHEET

**Comes now,** Shelly LeAnn Torres**,** by and through her Attorney of Record Cecil W. Heaton and presents the documents listed below, which are documents pertinent to her case as follows:

    1) Pay Advices

I Cecil W. Heaton, state for the record that the above referenced documents were prepared by myself, on behalf of the Debtor, Shelly LeAnn Torres.

    /s/Cecil W. Heaton
    Cecil W. Heaton, OBA #20502
    2 East 11th, Suite #112
    Edmond, OK 73034
    (405) 330-8184 Telephone
    (405) 330-8183 Facsimile
    cecilheaton@SBCGlobal.net

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE:                                )
                                      )      Case No. _____ - _____ - _____
                                      )
                                      )      Chapter _____
         Debtor.                      )

**PAY ADVICE COVER SHEET**

The following pay advice/income record information is filed on behalf of the debtors:

☐   Pay advices are attached as follows:

| Employer | Beginning Date | Ending Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

☐   The debtor certifies by his/her signature below that he/she has no pay records because:
_____
_____
_____

Dated on the _____ day of _____, 20_____.

_____
(Debtor Signature)
☐   Pro se Debtor
☐   Represented by Counsel

s/_____

Telephone Number

Fax Number

Counsel for