IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

**Shelly LeAnn Torres**

Case No. 19-15022-JDL
Chapter 13

Debtor.

**TRUSTEE'S OBJECTION AND/OR REQUEST FOR SETTING OF HEARING ON CONFIRMATION**

The Chapter 13 Trustee hereby requests this court set the above-styled matter for a confirmation hearing, and for cause therefore would state:

☒ Trustee objects to confirmation
  ☒ The proposed plan is not feasible   ☒ Plan payments are not current   ☐ Filing fee not paid in full
  ☐ Plan fails to pay general unsecured pursuant to means test _____
  ☐ Certificate of Service   ☐ not provided or   ☐ time has not run on:   ☐ Plan   ☐ Amended Plan
  ☐ 60 days pay vouchers not provided _____   ☐ Means test not calculated
  ☒ All debts not provided for   **APPROVED CASH ADVANCE, OTC S/C, CAR FINANCE CAPITAL**
  ☐ Plan was not proposed in good faith   ☒ Paying for item(s) not necessary for reorganization
  ☐ Tax returns not provided   ☐ Plan fails to pay liquidation value _____
  ☐ Oklahoma Tax Commission objects to confirmation   ☐ Unfiled returns for _____
  ☐ Internal Revenue Service objects to confirmation   ☐ Unfiled returns for _____
  ☐ Creditor in attendance objects to confirmation _____
  ☒ Written objection filed by   **SPECIALIZED LOAN SERVICING**
  ☐ Other _____

☐ Any dismissal shall be requested with prejudice
  If the case is not confirmed, the Trustee requests dismissal and any other relief the court deems just.

Respectfully Submitted,

**DATE:** 2/13/2020

s/John Hardeman

John Hardeman
Chapter 13 Trustee

*********************************************************************************

**NOTICE OF HEARING**

Pursuant to Trustee's Request for Setting of Hearing on Confirmation, this case will be set for a Confirmation Hearing on **03/24/2020**, at **9:30 a.m.** in the Second Floor Courtroom, before the Honorable Janice D. Loyd.  The Clerk of the Court will provide proper notice thereof in compliance with the applicable rules of procedure.  **Any party desiring to be heard at the Confirmation Hearing must file a written objection no later than twenty days after the conclusion of the Section 341 Meeting of Creditors. Loc.R.Bankr.P.3015(e)(1) and (e)(3).**