### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In re:** § | |
| § | |
| **SHELLY LeANN TORRES** § | **Case No. 19-15022** |
| § | **Chapter 13** |
| **Debtor** § | |

### FIRST UNITED BANK & TRUST COMPANY'S OBJECTION
### TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**COMES NOW** First United Bank & Trust Company ("FUB"), a secured creditor in this bankruptcy case, by its attorney, William Riley Nix, and respectfully sets forth its Objection to Confirmation of Debtor's Chapter 13 Plan as follows:

1. Debtor is indebted to FUB on a mortgage loan encumbering certain real property commonly known as 6108 Dixie Court, Kingston, OK 73439 (the " Real Property").

2. On or about December 16, 2019, Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code (§101, et seq. of the Bankruptcy Code).

3. Debtor's Chapter 13 Plan filed on December 29, 2019 (Dkt. #8), incorrectly states the claim secured by the Real Property under *Section (4) Other Secured Debts Which Will Extend Beyond the Length of the Plan (Long-Term Debts)* to be held by First Nation Bank et al with ongoing payments of $296.00 and an estimated arrearage amount of $1,776.00. As evidenced by FUB's Proof of Claim No. 22 on file herein, the owner and holder of the Promissory Note and Mortgage on the property located at 6108 Dixie Court, Kingston, OK is First United Bank & Trust and the secured claim amount is $47,585.28, which bears interest at the rate of 6.75%. The Note and Mortgage are attached to the Proof of Claim No. 22 on file herein. Debtor has failed to provide for payment to FUB of its secured claim.

4.  The Chapter 13 Plan does not adequately protect FUB for the foregoing reasons, and confirmation should be denied.

**WHEREFORE PREMISES CONSIDERED,** First United Bank and Trust Company prays that confirmation of Debtor's Chapter 13 Plan be denied, together with such other and further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ William Riley Nix*
WILLIAM RILEY NIX
Oklahoma Bar Card #11687
717 North Crockett Street
Sherman, Texas 75090
Phone: 903/870-0212 / Fax: 903/870-0109
Email: riley_nix@yahoo.com
ATTORNEY FOR FIRST UNITED BANK &
TRUST COMPANY

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the above and foregoing First United Bank & Trust Company's Objection to Debtor's Chapter 13 Plan has been served either electronically or by first class U.S. Mail in compliance with the Federal and Local Rules of Bankruptcy Procedure on this 4th day of March, 2020 to the following:

*Via Regular, US Mail to*:
Shelly LeAnn Torres
12116 Skyway Avenue
Oklahoma City, OK 73162

*Via Electronic Notification to*:
Cecil W. Heaton
Attorney for Debtor
Heaton Law Firm
2 E. 11th Street, Suite #112
Edmond, OK 73034
ECF: cecilheaton@sbcglobal.net

U.S. Trustee
Office of the U.S. Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102

And to all parties requesting notice by electronic case filing notification on file herein.

                                                */s/ William Riley Nix*
                                                William Riley Nix